| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | Brittany S. Scott (State Bar No. 327132) |
|   | 1990 North California Blvd., 9th Floor |
| 3 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 300-4455 |
| 4 | Facsimile:  (925) 407-2700 |
|   | E-mail: bscott@bursor.com |
| 5 | |
| 6 | *Attorney for Plaintiff* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSY SAARLOOS, individually and on behalf of all others similarly situated, | Case No. 5:24-cv-02058-KK-SP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| THE COWBOY CHANNEL, LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN pursuant to Local Rule 40-2 that in the aforementioned matter, *Saarloos v. The Cowboy Channel, LLC*, Case No. 5:24-cv-02058, the parties have agreed to the material terms of a class settlement. Plaintiff Saarloos will file a motion for preliminary approval and finalize the settlement agreement on or before February 1, 2025.

Dated: December 18, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: */s/ Brittany S. Scott*
      Brittany S. Scott

Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: bscott@bursor.com

*Attorney for Plaintiff*

Dated: December 18, 2024

**BAKER & HOSTETLER LLP**

By: */s/ Teresa C. Chow*
      Teresa C. Chow

Teresa C. Chow (SBN 237694)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859
E-mail: tchow@bakerlaw.com

*Attorney for Defendant*

| | |
|---|---|
| 1 | |
| 2 | **SIGNATURE ATTESTATION** |
| 3 | Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing. |

*/s/ Brittany S. Scott*
Brittany S. Scott