**BAKER & HOSTETLER LLP**
Teresa C. Chow (State Bar No. 237694)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
E-mail: tchow@bakerlaw.com

*Attorney for Defendant*
THE COWBOY CHANNEL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSY SAARLOOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COWBOY CHANNEL, LLC,<br><br>Defendant. | Case No. 5:24-cv-02058-KK-SP<br><br>**DECLARATION OF TERESA C. CHOW IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Current Due Date:   02/01/2025<br>New Due Date:       02/07/2025 |

I, Teresa C. Chow, declare as follows:

1. I am an attorney with the law firm of Baker & Hostetler LLP, counsel of record for Defendant The Cowboy Channel, LLC, ("Defendant") in the above-captioned action. I am a member in good standing of the State Bar of California and duly admitted to practice in before the above-entitled Court. I submit this declaration in support of the concurrently filed Second Stipulation to Extend Time for Defendant to Respond to Initial Complaint filed by Defendant and Plaintiff Lindsy Saarloos ("Plaintiff," and together with Defendant, the "Parties"). I have personal knowledge of the following facts and believe them to be true and, if called as a witness, I could

1   and would testify competently thereto.

2      2.    This putative class action was filed on September 25, 2024, in the United States District Court for the Central District of California. The material allegations of the complaint center on Defendant's alleged disclosure of its subscribers' personally identifiable information to Meta Platforms, Inc. ("Meta"), Google LLC ("Google"), and Yahoo Inc. ("Yahoo"), without consent and in violation of the Video Privacy Protection Act, 18 U.S.C. § 2710 et seq. (the "VPPA"). ECF No. 1.

3.    On October 18, 2025, the Parties jointly stipulated to extend Defendant's time to respond to Plaintiff's initial Complaint by 30 days, up to and including November 20, 2024. ECF No. 11.

4.    On November 20, 2024, the Parties again jointly stipulated to extend Defendant's time to respond to Plaintiff's initial Complaint by 30 days, up to and including December 20, 2024, as to conserve resources while the Parties explored the possibility of resolution. ECF No. 15.

5.    During this span of time, and in order to competently assess their relative negotiating positions, the Parties exchanged informal discovery, including on issues such as the size and scope of the putative class, and certain facts related to the strength of Defendant's defenses. Given that the information exchanged was similar to the information that would have been provided in formal discovery related to the issues of class certification and summary judgment, the Parties had sufficient information to assess the strengths and weaknesses of the claims and defenses.

6.    Over the ensuing weeks, the Parties engaged in additional phases of arms' length negotiations. On December 16, 2024, the Parties reached an agreement on all material terms of a class action settlement and executed a term sheet. The Parties provided notice thereof, pursuant to Local Rule 40-2, on December 18, 2024. ECF No. 17.

7.    On December 19, 2024, the Court issued an Order setting the Parties'

deadline to file their Motion for Preliminary Approval of Class Action Settlement for February 1, 2025.

8. The Motion for Preliminary Approval of Class Action Settlement is substantially complete, but it is currently pending final review by Defendant's corporate representative. It is anticipated that this review will be concluded shortly.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on January 31, 2025, in Los Angeles, California.

*/s/ Teresa C. Chow*
Teresa C. Chow