1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSY SAARLOOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COWBOY CHANNEL, LLC,<br><br>Defendant. | Case No. 5:24-cv-02058-KK-SP<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Current Due Date:    01/31/2025<br>New Due Date:    02/07/2025 |

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 
27. 
28. 

The Court, having considered the Joint Stipulation to Extend Time for the Parties to File Motion for Preliminary Approval of Class Action Settlement ("Stipulation") filed by Defendant The Cowboy Channel, LLC ("Defendant") and Plaintiff Lindsy Saarloos ("Plaintiff," and together with Defendant, the "Parties"), and for good cause shown, rules as follows. The Stipulation is hereby APPROVED. The Parties' time to file their Motion for Preliminary Approval of Class Action Settlement ("Motion") is extended by 6 days, up to and including February 7, 2025, to allow Defendant's corporate representative time to conclude its final review of the Motion.

**IT IS SO ORDERED.**

Dated: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE