| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
|   | 1990 North California Blvd., 9th Floor |
| 3 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 300-4455 |
| 4 | Facsimile: (925) 407-2700 |
| 5 | E-mail: ltfisher@bursor.com |
| 6 | **BURSOR & FISHER, P.A.** |
|   | Max S. Roberts (*Pro Hac Vice*) |
| 7 | 1330 Avenue of the Americas, 32nd Floor |
|   | New York, NY 10019 |
| 8 | Telephone: (646) 837-7150 |
|   | Facsimile: (212) 989-9163 |
| 9 | E-mail: mroberts@bursor.com |
| 10 | *Class Counsel* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSY SAARLOOS, individually and on behalf of all others similarly situated, | Case No. 5:24-cv-2058 |
| Plaintiff, | **DECLARATION OF LINDSY SAARLOOS IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICE AWARD** |
| v. | |
| THE COWBOY CHANNEL, LLC, | |
| Defendant. | Date:  August 7, 2025 |
| | Time:  10:00 a.m. |
| | Ctrm:  3 |
| | Judge: Hon. Kenly Kiya Kato |

DECLARATION OF LINDSY SAARLOOS
CASE NO. 5:24-CV-2058-KK-SP

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSY SAARLOOS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>THE COWBOY CHANNEL, LLC,<br><br>      Defendant. | Case No. 5:24-cv-02058-KK-SP |

**DECLARATION OF LINDSY SAARLOOS IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICE AWARD**

I, LINDSY SAARLOOS, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

  1. I am an adult over the age of 18 and a resident of the State of California. I am a Class Representative in the lawsuit entitled *Saarloos v. The Cowboy Channel, LLC*, Case No. 5:24-cv-2058, currently pending in the Central District of California. I make this Declaration in support of the Motion for Attorneys' Fees, Costs, Expenses, and Incentive Awards. The statements made in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto under oath.

  2. In or about July 2022, I created and paid for a Cowboy Channel Plus ("CC+") account operated by Defendant. Immediately after I created my CC+ account, I began using the CC+ Website and my CC+ account to watch various prerecorded videos. I believed my personally identifiable information ("PII") would be protected while using the CC+ service (use of Defendant's CC+ website called the "CC+ Service"). I never consented to, agreed to, or otherwise permitted the CC+ Service to disclose my PII, and I was never given the opportunity to prevent the disclosure of my PII by the CC+ Service I purchased. The CC+ Service that I purchased began

1

disclosing my PII and video-viewing information to third parties, including Meta, Google and Yahoo after I purchased and began using it to view videos.

      3.      I assisted with the litigation of this case by detailing my dealings with Defendant. Specifically, I described to my lawyers my relationship as a customer of Defendant. I also provided my lawyers with documentation confirming the same.

      4.      I also worked with my attorneys to prepare the Class Action Complaint. I carefully reviewed the Class Action Complaint for accuracy and approved it before it was filed.

      5.      During the course of this litigation, I kept in regular contact with my lawyers. Specifically, I conferred with them regularly by phone and e-mail to discuss the status of the case. We also discussed case strategy, anticipated motions, and the prospects of settlement. Furthermore, when appropriate, I informed my attorneys of additional facts for their research and consideration.

      6.      I was also prepared to testify at deposition and trial, if necessary.

      7.      My lawyers have kept me well informed in regard to the efforts to resolve this matter. I reviewed the Class Action Settlement Agreement with them and gave my approval prior to signing it.

      8.      Based on the interactions and my relationship with my attorneys, I believe they have fairly and adequately represented me and the Settlement Class and will continue to do so.

      9.      Throughout this litigation, I understood that, as a Class Representative, I have an obligation to protect the interests of other Settlement Class Members and not act just for my own personal benefit. I do not have any conflicts with other Settlement Class Members. I have done my best to protect the interests of other Settlement Class Members and will continue to fairly and adequately represent the Settlement Class to the best of my ability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21 day of May 2025

Signature: _____
Lindsy Saarloos

3