**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSY SAARLOOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COWBOY CHANNEL, LLC,<br><br>Defendant. | Case No. 5:24-cv-2058<br><br>**DECLARATION OF MAX S. ROBERTS IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  August 7, 2025<br>Time:  10:00 a.m.<br>Ctrm:  3<br>Judge: Hon. Kenly Kiya Kato |

I, Max S. Roberts, declare as follows:

1. I am an associate at Bursor & Fisher, P.A., who is Class Counsel and counsel for Plaintiff Lindsy Sarloos in this action. I am an attorney at law licensed to practice in the State of New York and admitted *pro hac vice* in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiff's Motion for Final Approval of Class Action Settlement.

3. For the sake of efficiency, I incorporate the statements and exhibits in my prior Declaration in Support of Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Service Award (ECF No. 31-1).

4. Other than the Settlement, there are no agreements between Plaintiff, Class Counsel, and Defendant pursuant to Fed. R. Civ. P. 23(e)(2)(C)(iv).

5. Since my May 22, 2025 Declaration, Class Counsel has incurred an additional $1,510.98 in expenses related to travel arrangements for the Final Approval Hearing. Accordingly, Class Counsel has now incurred a total of $8,656.90 in costs and expenses related to the prosecution of this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2025 in Walnut Creek, California.

_____
Max S. Roberts