**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSY SAARLOOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COWBOY CHANNEL, LLC,<br><br>Defendant. | Case No.: 5:24-cv-02058-KK-SP<br><br>**SUPPLEMENTAL DECLARATION OF AMY LECHNER OF SIMPLURIS, INC. REGARDING SETTLEMENT ADMINISTRATION** |

I, Amy Lechner, declare as follows:

1. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2. I am employed as a Program Manager by Simpluris, Inc. ("Simpluris"), the settlement administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this Declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

3. Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order Preliminarily Approving Class Action Settlement ("Preliminary Approval Order") entered on March 28, 2025, to provide settlement administration services in this settlement.

4. The Declaration of Amy Lechner Regarding Notice and Settlement Administration was prepared on July 10, 2025. This Supplemental Declaration is now provided as an update.

//

//

//

SUPPLEMENTAL DECLARATION OF AMY LECHNER OF SIMPLURIS, INC. REGARDING SETTLEMENT ADMINISTRATION

## REQUESTS FOR EXCLUSION AND OBJECTIONS

5.   The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement or an objection to the proposed Settlement was June 12, 2025.

6.   As of July 28, 2025, Simpluris has received zero (0) requests for exclusion and zero (0) objections to the proposed Settlement.

## CLAIM FORMS RECEIVED AND PROCESSED

7.   The postmark deadline for Settlement Class Members to submit a Claim Form was July 1, 2025. If a Settlement Class Member filed a Claim Form with a curable deficiency, Simpluris mailed the Settlement Class Member a notice providing information on how to cure the deficiency.

8.   As of July 29, 2025, Simpluris has received 4,036 Claim Forms in total, including 3,820 website Claim Forms and 216 mailed Claim Forms. Of the 4,036 claims, 1 claim was determined to be a duplicate, 22 claims were submitted past the July 1, 2025 deadline, and 2 claims are invalid because they did not contain a signature. In total, 4,011 claims received to date are determined to be valid.

9.   As of July 29, 2025, Simpluris has received and processed 4,011 valid Claim Forms. This corresponds to a total valid claim rate of 3.01%, unchanged from the July 10, 2025 Declaration.

//

//

SUPPLEMENTAL DECLARATION OF AMY LECHNER OF SIMPLURIS, INC. REGARDING SETTLEMENT ADMINISTRATION

## SETTLEMENT FUND AND ESTIMATED AWARDS

10. Pursuant to the Settlement Agreement, each Settlement Class Member with an Approved Claim shall be entitled to a pro rata portion of the Settlement Fund after deducting the Settlement Administration Expenses, any Fee Award, and any Incentive Award.

11. Based on the requested attorneys' fees, costs, expenses, service award, and administration costs, Simpluris projects that each Settlement Class Member with a valid claim will receive a Pro Rata Cash Payment in excess of $150.

## ADMINISTRATION COSTS

12. Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration through the first distribution, will be $40,287.00.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this the 28th day of July, 2025, in Nashville, Tennessee.

*Amy Lechner*
AMY LECHNER

SUPPLEMENTAL DECLARATION OF AMY LECHNER OF SIMPLURIS, INC. REGARDING SETTLEMENT ADMINISTRATION