# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSY SAARLOOS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE COWBOY CHANNEL, LLC,<br><br>　　　　　　Defendant. | Case No. 5:24-cv-02058-KK-SP<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES AND SERVICE AWARD**<br><br>**[NOTE CHANGES BY COURT]**<br><br>Hon. Kenly Kiya Kato |

The Court, having reviewed the papers filed in support of Plaintiffs' Motion for Attorneys' Fees, Costs and Expenses, and Service Award, dkt. 31, and good cause appearing therefore, the motion is hereby **GRANTED** and it is **ORDERED** as follows:

1. The Court awards $250,000 in attorneys' fees and $8,656.90 in costs, and expenses to Bursor & Fisher, P.A., who is Class Counsel in this action.

2. The Court awards $5,000 to Plaintiff Lindsy Saarloos as a service award for her participation in this matter.

3. Defendant shall pay the above attorneys' fees, costs and expenses, and incentive awards pursuant to and in the manner provided by the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: August 7, 2025

HONORABLE KENLY KIYA KATO
United States District Judge